## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:08CR253 |
| vs. | ) | ORDER |
| **LANGSTON PERKINS,** | ) | |
| **Defendant.** | ) | |

The defendant, Langston Perkins (Perkins) has been accepted for placement at Bristol Station, Hastings, Nebraska, as of April 8, 2013. Accordingly, the U.S. Marshal shall release Perkins from detention and have him available for transport at the U.S. Marshal's holding cell by 8:00 a.m. on Monday, April 8, 2013.

**IT IS SO ORDERED.**

DATED this 4th day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge